

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-12-00520-CR

_____

ARMANDO VEJAR A/K/A ARMANDO VEJAR PENALOZA
A/K/A ARMANDO PENALOSA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 69th District Court
Hartley County, Texas
Trial Court No. 1081H, Honorable Roland Saul, Judge Presiding

September 19, 2013

## NOTICE OF PAST DUE FINDINGS OF FACT
## AND CONCLUSIONS OF LAW

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Following a plea of not guilty, Appellant, Armando Vejar, a/k/a Armando Vejar Penaloza, a/k/a Armando Penalosa, was convicted by a jury of possession of less than one gram of cocaine[1] and sentenced to 300 days in a state jail facility, suspended in favor of four years community supervision, and a $1,500 fine which was not suspended.

---

[1] Tex. HEALTH & SAFETY CODE ANN. § 481.115(b) (West 2010).

Sentence was imposed on October 29, 2012, and notice of appeal was filed on November 26, 2012. The appellate record has been filed. Appellant's brief was due to be filed on June 14, 2013, but has yet to be filed.

By letter dated June 26, 2013, counsel for Appellant, Steve Hall,[2] was advised that the brief remained outstanding and was granted until July 8, 2013, in which to file the brief, noting that failure to comply might result in abatement of the appeal and remand of the cause to the trial court for further proceedings. By an *Order of Abatement* issued by this Court on July 18, 2013, this cause was abated and the trial court was ordered to take such steps as were reasonably necessary to insure that Appellant's counsel filed a brief on or before August 9, 2013, and, upon failure of Appellant's counsel to do so, to (1) *conduct a hearing* and (2) *file findings of fact and conclusions of law* by August 30, 2013. To date, Appellant's counsel has failed to file a brief and the trial court has failed to file findings of fact and conclusions of law.

Pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure, findings of fact and conclusions of law in accordance with this Court's *Order of Abatement* dated July 18, 2013, shall be filed no later than October 7, 2013.

Per Curiam

Do not publish.

---

[2]By *Notice to Designate Lead Counsel* filed in this Court on June 17, 2013, Steve Hall, Appellant's retained counsel, indicated he would remain as Appellant's sole appellate attorney.